FILED

**NOT FOR PUBLICATION**

JUL 22 2011

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDUARDO GUERRERO-OCHOA, | No. 10-71570 |
| Petitioner, | Agency No. A078-536-191 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 12, 2011**

Before:     SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Eduardo Guerrero-Ochoa, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's ("IJ") decision denying his motion for a continuance. We

have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

denial of a motion for a continuance, *Cui v. Mukasey*, 538 F.3d 1289, 1290 (9th Cir. 2008), and de novo questions of law, *Ram v. INS*, 243 F.3d 510, 516 (9th Cir. 2001). We deny the petition for review.

The IJ did not abuse his discretion in denying Guerrero-Ochoa's motion for a continuance because he failed to show good cause. *See* 8 C.F.R. § 1003.29; *Cui*, 538 F.3d at 1292. It follows that Guerrero-Ochoa's due process claim fails. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error and prejudice for a petitioner to prevail on a due process claim).

Guerrero-Ochoa's remaining contention is unpersuasive.

**PETITION FOR REVIEW DENIED.**